No. 2363.—EL PUEBLO, apdo., *v.* ORTIZ, aplte.—C. D. San Juan, Disto. 1º. Mayo 18, 1925. Portar armas. No habiendo el apelante elevado a esta corte ningún pliego de exposición del caso o excepciones; visto el llamado alegato del apelante y la orden de esta corte de febrero 6, 1925, que no fué cumplida por dicha parte apelante, y apareciendo además que la denuncia es suficiente, se confirmó la sentencia apelada.